**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 00-7377**

───────────────

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

    versus

VINCENT HARRIS,

                            Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Malcolm J. Howard, District Judge.  (CR-93-59-H)

───────────────

Submitted:  November 9, 2000        Decided:  November 16, 2000

───────────────

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Vincent Harris, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Harris appeals the district court's order denying his motion to inspect grand jury minutes. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Harris</u>, No. CR-93-59-H (E.D.N.C. Aug. 8, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>